RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
**RALPH PORTER & ASSOCIATES, P.C.**
525 South Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA FERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br><br>        Defendants. | CASE NO.  2:17-CV-00731-JAD-VCF |

## STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY

The undersigned hereby stipulate that Ralph E. Porter, Esq., of the law firm RALPH PORTER & ASSOCIATES, P.C., may substitute for Erich N. Storm, Esq., as counsel of record for Plaintiff.

DATED: September 14, 2018

_____
ANGELICA FERNANDEZ

DATED: September 7, 2018

_____
ERICH N. STORM ESQ.
Nevada Bar No. 4480

-1-

DATED: September 17, 2018

RALPH PORTER & ASSOCIATES, P.C.

_____
RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
525 S. Ninth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
~~DISTRICT COURT~~ JUDGE
United States Magistrate
Cam Ferenbach
DATED: _____
        September 15, 2018