```
 1  ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
 2  Email: Robert.Freeman@lewisbrisbois.com
    DANIELLE C. MILLER, ESQ.
 3  Nevada Bar No. 009127
    Email: Danielle.Miller@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    702.893.3383
 6  FAX: 702.893.3789
    Attorneys for Defendant
 7  State Farm Mutual Automobile
    Insurance Company
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-cv- 00731-JAD-VCF<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE<br><br>ECF No. 34 |

IT IS HEREBY STIPULATED and AGREED between ANGELICA FERNANDEZ ("Plaintiff"), by and through her counsel, Ralph Porter & Associates, P.C., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own attorneys' fees and costs.

| DATED this \*\* day of October, 2018. | DATED this \*\* day of October, 2018. |
|---|---|
| RALPH PORTER & ASSOCIATES P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ [signature] <br> By: _____ <br> RALPH E. PORTER, ESQ. <br> Nevada Bar No. 004130 <br> 525 South Ninth Street <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* | /s/ Danielle C. Miller <br> By: _____ <br> ROBERT W. FREEMAN, ESQ. <br> Nevada Bar No. 003062 <br> DANIELLE C. MILLER, ESQ. <br> Nevada Bar No. 009127 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant* |

ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018